USDC SCAN INDEX SHEET

















JBF   11/29/04   11:02
3:04-M -02671   USA V. WEINER
*1*
*CRCMP.*

FILED

04 NOV 29 AM 10: 28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'04 MJ 2671

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | 18 U.S.C.§ 545 - Sale of Merchandise |
| MICHAEL WEINER, ) | Imported Contrary to Law |
| ) | |
| Defendant. ) | |
| _____ ) | |

The undersigned complainant being duly sworn states:

### Count 1

On or about February 15, 2001, within the Southern district of California, defendant MICHAEL WEINER did knowingly transport and sell merchandise, to wit: one 30 pound cylinder of R-12 freon, knowing such merchandise to have been imported contrary to law, to wit: Title 42, United States Code, Section 7671c, the Montreal Protocol on Ozone Depleting Substances, and 40 C.F.R. Part 82.1, all in violation of Title 18, United States Code, Section 545.

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Frank Italia, Special Agent
United States Immigration and Customs Enforcement

Subscribed and sworn to before me
this 29 Day of November 2004.

_____
UNITED STATES MAGISTRATE JUDGE

1

1

## AFFIDAVIT

2

3  **STATE OF CALIFORNIA** )
                              ) ss.
4  **COUNTY OF SAN DIEGO** )

5

6      1.      On or about December 13, 2000, a representative from Total Reclaim, Seattle,

7  Washington advised the U.S. Custom Service that he had received a telephone call from MICHAEL

8  WEINER of Escondido, California. WEINER offered to sell thirty (30) pound cylinders of R-12 freon

9  to that individual.

10     2.      During their conversation, the individual from Total Reclaim asked WEINER to provide

11 the date codes (Julian numbers/lot numbers) on the freon cylinders he was offering for sale. WEINER

12 provided the numbers WTO242A MX and WTO216B. Contact with a representative of the DuPont

13 Corporation, the manufacturer, confirmed the thirty (30) pound cylinders bearing the numbers provided

14 by WEINER had been exported to Mexico to be filled with R-12 freon gas and used in Mexico.

15     3.      On February 9, 2001, the individual from Total Reclaim made two consensually

16 monitored telephone calls to WEINER. WEINER stated he could get all the R-12 freon the individual

17 from Total Reclaim wanted and that the R-12 was from Mexico. During the second telephone

18 conversation, the individual from Total Reclaim agreed to buy 100,000 pounds of R-12 freon from

19 WEINER.

20     4.      On February 12, 2001, in another consensually monitored call with the individual from

21 Total Reclaim, WEINER said his source could supply between 100-150 thirty (30) pound cylinders of

22 R-12 Freon per week for a price of $525 per cylinder. WEINER agreed to send the individual from

23 Total Reclaim one (1) thirty (30) pound cylinder containing R-12 freon gas as a sample.

24     5.      On or about February 14, 2001, WEINER sent from Escondido, California, one (1) thirty

25 (30) pound cylinder of R-12 to the individual at Total Reclaim, 4400 4th Avenue South, Seattle,

26 Washington. The individual from Total Reclaim stated he believed that subsequent analysis of the

27 cylinder of freon from WEINER revealed the cylinder was R-12 freon refrigerant gas.

28

1    6.     On February 15, 2001, WEINER had a consensually monitored conversation with the

2    individual from Total Reclaim at the airport in Seattle, Washington and discussed the sale of between

3    150 and 300 cylinders of R-12 freon.  During the conversation, WEINER stated his source of freon was

4    from a business associate named Doug who purchased it from another unknown individual.  WEINER

5    stated the freon he had for sale came from Mexico.

6

7

8                                          Frank Italia, Special Agent
                                           United States Immigration and Customs Enforcement

9

10   Subscribed and sworn to before me
     this 29 day of November 2004.

11

12   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28